WILLIAM P. DE APRIX, Respondent, *v.* ANDREW HYSON, Appellant.

(Argued November 18, 1935; decided November 26, 1935.)

*J. Gerald Mayer* for motion.

*Roland Ford* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.